In the Matter of LEONARD GORDON, Respondent, v. PHILIP SALLI, Appellant.— Appeal by defendant: (a) from a judgment of the Domestic Relations Court of the City of New York, Children's Court Division, County of Queens, rendered July 31, 1958, after a nonjury trial, convicting him of violating section 494 of the Penal Law (contributing to the delinquency and offenses of children), and sentencing him to pay a fine of $50 or to be imprisoned for 30 days; and (2) from every intermediate order. The fine was paid. Jurisdiction of the trial court was based on subdivision 2 of section 61 of the Domestic Relations Court Act of the City of New York. Judgment reversed on the facts, complaint dismissed, and fine remitted. Defendant's guilt was not established beyond a reasonable doubt. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

In the Matter of JAMES R. McELROY, Petitioner, v. WILLIAM J. McANDREWS et al., Constituting the Board of Police Commissioners of the Village of Hastings-on-Hudson, Respondents.— Proceeding pursuant to article 78 of the Civil Practice Act to review respondents' determination, made June 16, 1959, dismissing petitioner from his position of patrolman in the Police Department of the Village of Hastings-on-Hudson, Westchester County. By order of the Supreme Court, Westchester County, dated November 2, 1959, made pursuant to section 1296 of the Civil Practice Act, the proceeding was transferred to this court for disposition. Determination confirmed, without costs. No. opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.